JOSHUA H. HAFFNER, CA Bar No. 188652
jhh@haffnerlawyers.com
TREVOR WEINBERG, CA Bar No. 330778
tw@haffnerlawyers.com
HAFFNER LAW PC
15260 Ventura Boulevard, Suite 1520
Sherman Oaks, California  91403
Telephone:     (213) 514-5681
Facsimile:     (213) 514-5682

Attorneys for Plaintiff, DEUEL BARREN

EVAN R. MOSES, CA Bar No. 198099
evan.moses@ogletree.com
ALEXANDER M. CHEMERS, CA Bar No. 263726
zander.chemers@ogletree.com
MELIS ATALAY, CA Bar No. 301373
melis.atalay@ogletree.com
OMAR M. ANIFF, CA Bar No. 315446
omar.aniff@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA  90071
Telephone:     213-239-9800
Facsimile:     213-239-9045

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC. (erroneously sued as "FedEx Ground Packaging System")

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUEL BARREN, an individual; on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDEX GROUND PACKAGING SYSTEM; and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No. 3:24-cv-00056-AJB-DTF<br><br>**JOINT REQUEST FOR DISMISSAL OF ENTIRE ACTION; [PROPOSED] ORDER**<br><br>Removal Date:　　January 8, 2024<br>Complaint Filed:　November 30, 2023<br>District Judge:　　Hon. Anthony J. Battaglia<br>Magistrate Judge: Hon. D. Thomas Ferraro |

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Deuel Barren ("Plaintiff") and defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Packaging System") ("Defendant") (collectively referred to as "the Parties"), in consideration of a negotiated settlement executed by them, hereby request dismissal of the instant action in its entirety <u>with prejudice</u> as to the individual claims of Plaintiff and <u>without prejudice</u> as to the claims of putative class members. No class has been certified and this dismissal is without prejudice as to putative class members.

DATED: July 5, 2024                HAFFNER LAW PC

By: <u>/s/ Trevor Weinberg</u>
    Joshua H. Haffner
    Trevor Weinberg

Attorneys for Plaintiff
DEUEL BARREN

DATED: July 5, 2024                OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: <u>/s/ Melis Atalay</u>
    Evan R. Moses
    Alexander M. Chemers
    Melis Atalay
    Omar M. Aniff

Attorneys for Defendant
FEDEX GROUND PACKAGE SYSTEM, INC.
(erroneously sued as "FedEx Ground Packaging System")

**[PROPOSED] ORDER**

Pursuant to the joint request submitted by plaintiff Deuel Barren ("Plaintiff") and defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Packaging System") ("Defendant"), the Court hereby enters an order dismissing Case No. 3:24-cv-00056-AJB-BGS ("the action") in its entirety <u>with prejudice</u> as to Plaintiff's individual claims made in the action, and <u>without prejudice</u> as to the claims of putative class members and/or allegedly aggrieved employees. Each party will bear their own attorneys' fees and costs, except as provided for in the Parties' settlement agreement. No class has been certified and this dismissal is without prejudice as to putative class members.

IT IS SO ORDERED.

DATED:_____                        _____

The Hon. Anthony J. Battaglia