1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEUEL BARREN, an individual; on behalf of himself and all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FEDEX GROUND PACKAGING SYSTEM; and DOES 1 through 10, inclusive,<br><br>  Defendants. | Case No. 3:24-cv-00056-AJB-DTF<br><br>ORDER GRANTING JOINT MOTION TO DISMISS |

Pursuant to Federal Rule of Civil Procedure 41, plaintiff Deuel Barren ("Plaintiff") and defendant FedEx Ground Package System, Inc. (erroneously sued as "FedEx Ground Packaging System") ("Defendant") (collectively referred to as "the Parties"), in consideration of a negotiated settlement executed by them, hereby request dismissal of the instant action in its entirety <u>with prejudice</u> as to the individual claims of Plaintiff and <u>without prejudice</u> as to the claims of putative class members. No class has been certified and this dismissal is without prejudice as to putative class members.

IT IS SO ORDERED.

Dated: July 8, 2024

Hon. Anthony J. Battaglia
United States District Judge